UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

v.              Case No. 2:11–cr–20129–RHC–MAR
              Hon. Robert H. Cleland

Christopher Raymond Cook, et al.,

       Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

 NOTICE of hearing on [578] MOTION for Bond *Motion to Reinstate Bond*, [615] MOTION for Bond *Supplement to Motion* as to Christopher Raymond Cook. **Motion Hearing set for 8/20/2013 10:30 AM before District Judge R obert H. Cleland** (DEFENDANT HAS WAIVED HIS APPEARANCE) (LWag)

 All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 712.

 **ADDITIONAL INFORMATION:** Defendant has waived appearance,

## Certificate of Service

 I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

              By: s/L. Wagner
              Case Manager

Dated: August 13, 2013