UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br><br>vs.<br><br>SCOTT WILLIAM SUTHERLAND, ET. AL.<br>DEFENDANTS.<br>_____/ | HON. ROBERT H. CLELAND<br><br>CASE #: 11-20129 |
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br><br>vs.<br><br>JEFF GARVIN SMITH, ET. AL.<br>DEFENDANTS.<br>_____/ | CASE #: 11-20066 |

### NOTICE OF JOINDER BY GROUP 3

Defendant Christopher Cook (D-27), through his counsel, joins Docket Entry #763:

Defendant Scott Sutherland's *Motion to Dismiss for Violation of Speedy Trial Act, Violation of FRCrP 48(b) and Constitutional Right to a Speedy Trial*.

Respectfully Submitted,

| | |
|---|---|
| s/Margaret Sind Raben<br>Counsel for Scott Perkins, D-24<br>Gurewitz & Raben, PLC<br>333 W. Fort Street, 11th floor<br>Detroit, MI 48226<br>(313) 628-4708<br>Email: msraben@aol.com<br>Attorney Bar Number: P39243 | s/Jeffrey Butler w/permission<br>Counsel for Christopher Cook, D-27<br>540 Longpointe Dr<br>Lake Orion, MI 48362<br>(248) 770-3847<br>Email: jeffb507@aol.com<br>Attorney Bar Number: P25348 |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 27, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

      s/Margaret Sind Raben (P39243)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1100
Detroit, MI 48226
(313) 628-4708
email: msraben@aol.com