UNITED STATES DISTRICT COURT
Eastern District of Michigan
Southern Division

UNITED STATES OF AMERICA,

# WARRANT FOR ARREST

v.

Docket No. 11-CR-20129-27

**CHRISTOPHER COOK,**

TO: The United States Marshal
and any Authorized United States Officer

F I L E D
NOV 10 2014
CLERK'S OFFICE
DETROIT

**YOU ARE HEREBY COMMANDED** to arrest **CHRISTOPHER COOK** and bring him forthwith to appear before this court forthwith for a hearing on his failure to abide by the Conditions of Pretrial Release.

Issued this 22nd day of October, 2014 in Detroit, Michigan.

BY: _____
Robert H. Cleland
U.S. DISTRICT JUDGE

Bail fixed at $_____ by _____
Name of Issuing Judicial Officer fixing bail

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at 231 W. Lafayette Blvd.

Aaron Gregg DUSM USM
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

10-28-14
Date Received

10-28-14
Date of Arrest